**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
May 19, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Erik Garcia, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION 4:20–cv–00205 |
| Boondoogles Corp.,, et al. | § § | |
| *Defendant.* | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **June 18, 2020** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed the 19th of May 2020.

_____
George C. Hanks, Jr.
United States District Judge