IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:20-CV-00205 |
| BOONDOGGLES CORP., VALDO'S SEAFOOD ) | |
| HOUSE and THE LAKEVIEW MARINA, INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION TO APPROVE CONSENT DECREE
AND TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiff, **ERIK GARCIA** ("Plaintiff"), and Defendants, **BOONDOGGLES CORP., VALDO'S SEAFOOD HOUSE and THE LAKEVIEW MARINA, INC.** ("Defendants") (collectively, the "Parties"), hereby file this Joint Stipulation seeking the Court's Approval of the parties' Consent Decree and to Dismiss Defendants, BOONDOGGLES CORP., VALDO'S SEAFOOD HOUSE and THE LAKEVIEW MARINA, INC., with Prejudice:

1. Plaintiff filed the instant cause of action alleging that the Facility and property operated and/or owned by Defendants violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

2. The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1".

3. In accordance therewith, the Parties request that the Court review, approve and ratify the Consent Decree. Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Settlement. This Settlement is conditioned upon the Court's retaining jurisdiction to enforce said Settlement.

4.	As part of the Settlement reached between the Parties, Plaintiff has agreed to dismiss Defendants, BOONDOGGLES CORP., VALDO'S SEAFOOD HOUSE and THE LAKEVIEW MARINA, INC., with prejudice.  Accordingly, the Parties request, upon the Court's review, approval and ratification of the Settlement, Defendants, BOONDOGGLES CORP., VALDO'S SEAFOOD HOUSE and THE LAKEVIEW MARINA, INC., be dismissed with prejudice.

5.	Except as otherwise stated in the Settlement, each party to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order approving the attached Consent Decree, dismissing the claims asserted by Plaintiff against Defendants, BOONDOGGLES CORP., VALDO'S SEAFOOD HOUSE and THE LAKEVIEW MARINA, INC., with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully submitted this 9th day of June, 2020.

> Law Offices of
> THE SCHAPIRO LAW GROUP, P.L.
>
> /s/  Douglas S. Schapiro
> Douglas S. Schapiro
> Southern District of Texas ID No. 3182479
> The Schapiro Law Group, P.L.
> 7301-A W. Palmetto Park Rd., #100A
> Boca Raton, FL 33433
> Tel: (561) 807-7388
> Email: schapiro@schapirolawgroup.com
>
> /s/  Carey Worrell
> Carey Worrell
> State Bar No. 24042197
> 2600 South Shore Harbor Blvd., Suite 300
> League City, TX  77573
> Tel:  (281) 748-7470
> Email:  carey@careyworrell.com
> *Attorney for Defendants*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically the Clerk of the Court using CM/ECF/system on this 9th day of June, 2020.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479