United States District Court
Southern District of Texas
**ENTERED**
July 29, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:20-CV-00205 |
| BOONDOGGLES CORP., VALDO'S SEAFOOD ) | |
| HOUSE and THE LAKEVIEW MARINA, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Plaintiff's Joint Stipulation to Approve Consent Decree and Dismiss Defendants, **BOONDOGGLES CORP., VALDO'S SEAFOOD HOUSE and THE LAKEVIEW MARINA, INC.**, with Prejudice filed June 9, 2020. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendants, BOONDOGGLES CORP., VALDO'S SEAFOOD HOUSE and THE LAKEVIEW MARINA, INC., with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree; Defendants, BOONDOGGLES CORP., VALDO'S SEAFOOD HOUSE and THE LAKEVIEW MARINA, INC., are hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6. This case is closed.

DONE AND SIGNED in Chambers, at Houston, Texas, this 29th day of July, 2020.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record